**Dismissed and Opinion Filed December 4, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01642-CV

### IN RE REGINALD NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

In his petition for writ of habeas corpus, relator seeks relief from his conviction for aggravated sexual assault of a child based on newly discovered evidence. The facts and issues are known to the parties, so we need not recite them herein. Although relator brings his petition under Texas Rule of Appellate Procedure 52, the substance of his claim is a collateral attack on his conviction. This Court has no original habeas corpus jurisdiction in criminal cases. *See* TEX. CODE CRIM. P. ANN. arts. 11.05, 11.07 (West 2005); TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). We dismiss the petition for writ of habeas corpus.

/Lana Myers/
LANA MYERS
JUSTICE

131642F.P05